IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


DANIEL A. CHAPPELL, JR.                                          PLAINTIFF

v.                              Civil No. 09-5046

JEROME J. PADDOCK, Chief Deputy
Public Defender; BRIAN LAMB, Deputy
Prosecuting Attorney; and WILLIAM A.
STOREY; Circuit Judge                                          DEFENDANTS

O R D E R

        Now on this 8th day of July, 2009, comes on for consideration
the **Report and Recommendation of the Magistrate Judge**, Hon. **James
R. Marschewski** (document #5, filed April 9, 2009), in this matter,
to which no objections have been filed, and the Court, having
carefully reviewed said Report and Recommendation, finds that it
is sound in all respects, and that it should be adopted *in toto*.

        **IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report
and Recommendation is adopted *in toto*.**

        **IT IS FURTHER ORDERED** that, for the reasons stated in the
Magistrate Judge's Report and Recommendation, plaintiff's
Complaint is hereby **dismissed.**

        **IT IS SO ORDERED.**


                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE